IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06CR16-01

| | | |
|---|---|---|
| United States of America | ) | O R D E R |
| | ) | |
| vs. | ) | |
| | ) | |
| John William Finney | ) | |
| Defendant | ) | |

On February 21, 2007, judgment was entered as to John William Finney. The Court ordered as an additional condition of the term of supervised release that the defendant, "shall submit to a mental health evaluation/treatment program to include the treatment of gambling addictions under the guidance and supervision of the U.S. Probation Office. The defendant shall remain in treatment and maintain any prescribed medications until satisfactorily discharged by the program and/or with the approval of the U.S. Probation Office."

This additional condition was omitted from the judgment by error.

For the reason stated herein, this additional condition is ordered as pronounced at sentencing.

_____
Honorable Richard L. Voorhees

4-26-10
Date